**STATE of Missouri, Respondent,**

v.

**Lance C. BUTLER, Appellant.**

**WD 76747**

Missouri Court of Appeals, Western District.

ORDER FILED: April 7, 2015

Adam S. Rowley, Jefferson City, MO, for respondent.

Laura G. Martin, Kansas City, MO, for appellant.

Before Division One: Cynthia L. Martin, Presiding Judge, Thomas H. Newton, Judge and Mark D. Pfeiffer, Judge

### ORDER

Per curiam:

Lance Butler appeals from the trial court's judgment convicting him of one count of robbery in the first degree and one count of armed criminal action. Butler argues on appeal that the trial court committed plain error in allowing the State to enter a firearm into evidence and in failing to reject the jury's verdicts because they were inconsistent. We affirm. Rule 30.25(b).